IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3063 |
| | ) | |
| v. | ) | |
| | ) | |
| ALAN WAYNE MATTISON, | ) | TENTATIVE FINDING ON THE |
| | ) | PRESENTENCE INVESTIGATION |
| Defendant. | ) | REPORT |
| | ) | |

The United States of America filed its Statement of Position, saying that it has "no objections to the information, calculations, and conclusions contained within the report."

The Presentence Investigation Report, which is dated January 13, says at page 18 that "Mr. Mattison objects to criminal history points assessed in PSR paragraphs 45 and 47. Defense counsel tried to find these convictions on Justice, but was unable." The probation officer's response is that supporting documents "for paragraph 47 have been forwarded to counsel," and that it is awaiting documents "for the conviction located at paragraph 45."

On January 23, 2012, the defendant through counsel filed his ADOPTION OF PRESENTENCE INVESTIGATION REPORT (PSR), saying "Defendant Alan Wayne Mattison, by and through the undersigned, hereby adopts the PSR as drafted by the probation office."

I therefore tentatively find that there is no issue remaining as to the accuracy and truth of the Presentence Investigation Report. That report is found to be true and objections may be made to this tentative finding at the time of sentencing but no evidence will be accepted.

According to the Presentence Investigation Report the defendant's total offense level is 12 and the criminal history category is IV, and the guideline imprisonment range is 21-27 months (Zone D).

Dated January 31, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge